No. 350. CARTER ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Curtis P. Mitchell* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 351. HOMENTOWSKI *v.* NEW YORK EX REL. CHOMENTOWSKI. C. A. 2d Cir. Certiorari denied.

No. 353. MILLER ET AL. *v.* UNITED STATES. Court of Civil Appeals of Texas, Third Supreme Judicial District. Certiorari denied. *Abe Fortas* and *John D. Cofer* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Fred E. Youngman* for the United States.

No. 358. W. W. CHAMBERS CO., INC., *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thomas B. Scott* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Herman M. Levy* for respondent.

No. 372. MUNSON ET UX. *v.* McGINNES, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Frederick E. S. Morrison* and *Calvin H. Rankin* for petitioners.

No. 364. ROSE ET AL. *v.* BOURNE, INC. C. A. 2d Cir. Certiorari denied. *Morris Shilensky* for petitioners. *Louis Nizer* for respondent.